# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:17CR132 |
| vs. | ) | |
| KAYVON BERRY-SMITH | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on defendant Kayvon Berry-Smith's unopposed Motion to Continue Trial [42]. Defense counsel is scheduled to pick a jury in Hall County, Nebraska. Counsel also needs addition time to conduct plea negotiations. Defendant's counsel represents that defendant consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [42] is granted as follows:

1. The jury trial now set for October 16, 2017 is continued to **November 27, 2017.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 27, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED October 1, 2017.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**